WILLIAM HORRMANN et al., as Trustees under the Will of JOSEPH RUBSAM, Deceased, Plaintiffs; *v.* CORNELIUS FERGUSON, JR., as Executor of JOSEPH STEHLIN, Deceased, et al., Respondents.

RUBSAM & HORRMANN BREWING COMPANY, Appellant; MAMIE CURRAN et al., Respondents.

*Horrmann v. Furgueson*, 112 App. Div. 920, affirmed.
(Argued October 3, 1906; decided October 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

April 20, 1906, which affirmed an order of Special Term confirming the report of a referee in surplus money proceedings.

*William D. Gaillard* and *Thomas G. Prioleau* for appellant

*George C. Case* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.